United States District Court
Southern District of Texas
**ENTERED**
August 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT CRAFT,<br>　　Plaintiff,<br><br>v.<br><br>FIRST CORNERSTONE GROUP,<br>LLC,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-16-0223 |

## DISMISSAL ORDER

It is hereby **ORDERED** that the parties' Joint Motion to Dismiss [Doc. # 14] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

SIGNED at Houston, Texas, this 22nd day of **August, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\0223DO.wpd   160822.1624